# Exhibit B



ATLANTA JUDICIAL CIRCUIT

# SUPERIOR COURT OF THE
# ATLANTA JUDICIAL CIRCUIT
*5th Judicial Administrative District*
## Pretrial Services Program

| | |
|---|---|
| | **Booking#:** 2519215 |
| **Supervisory Custody** | You are hereby released into the custody of and under the supervision of the Fulton County Pretrial Services Program until final disposition in the above case(s). You are to report to the Pretrial Services Offices at 160 Pryor Street, SW, Suite JB-02, Atlanta, GA 30303, as directed. This and all subsequent reports are mandatory and failure to report may result in the revocation of your bond. |

| **Court Dates**<br>**Date Format**<br>**01/01/2020** | You are to appear for all court dates as required. You acknowledge receipt of the Upcoming Court Dates Form by signing below. | | | |
|---|---|---|---|---|
| | **APH Date** (All-Purpose Hearing) | **Courtroom:** | **CH Date** (Court Hearing) | **P/A Date** (Plea & Arraignment) |
| | . | . | . | . |

| **Residence** | You may not leave the Atlanta Metropolitan area without permission from the Court. You are required to live at: .<br><br>☐ The address verified by Pretrial Services. This Address may not be changed without permission from the Pretrial Services Unit.<br>☐ You are subject to a curfew and must be at your designated residence between ._____ and ._____. |
|---|---|
| **Alcohol/Drugs** | You must refrain from using drugs (unless prescribed by doctor) and alcohol. You must submit to urine/alcohol testing upon request. In addition, the Court has ordered the following special conditions: .<br><br>☐ You will participate in Substance Abuse Treatment and/or Mental Health Treatment as required. |
| **Employment/ Education** | You must notify Pretrial Services Unit immediately of any changes in your employment/educational status. You must be seeking employment, or be enrolled in school during the period of your release. |
| **No Contact** | ☐ You are to have no contact what-so-ever with the alleged victim(s)/witness(es) in this case(s). |
| **Rearrests** | You are required to remain arrest-free while in the Pretrial Program and failure to comply will result in revocation of your bond. Should you be arrested, you must notify Pretrial Services Unit within 24-hours. |
| **Other Conditions** | You must comply with the following "Special Conditions" ordered/directed by the Court or Pretrial Services.<br><br>① LEVEL 1 COURT ORDERED (ONCE A MONTH/AS INSTRUCTED) YOU MUST REPORT ON TUESDAYS ONLY AND AFTER ALL COURT HEARINGS    -SURRENDER PASSPORT<br>② STAY AWAY FROM 244 WASHINGTON ST SW ATLANTA,GA; NO CONTACT W/ ANY WITNESSES ASSOCIATED W/ GA POWER/GA PUBLIC SERVICE COMMISSION; |

**I have read and understand that failure to comply with the above conditions may result in removal from the Pretrial Services Program and my confinement at the Fulton County Jail.**

Signed by:
*Patricia Durand*
—77F0B520DA8E40E...
Signature

10/28/2025 | 2:59 PM EDT

Date

Fulton County Superior Court
***EFILED***NC
Date: 11/13/2025 9:36 AM
Che Alexander, Clerk

### IN THE SUPERIOR COURT OF FULTON COUNTY
### STATE OF GEORGIA

| | |
|---|---|
| STATE OF GEORGIA ) | **ACCUSATION NO.:** |
| ) | **25PI008694** |
| v. ) | |
| ) | **BOOKING NO.:** |
| PATRICIA DURAND ) | **2519215** |
| **Defendant.** ) | |
| ) | |

### CONSENT ORDER MODIFYING BOND

On October 22, 2025, the Defendant was granted a bond in this matter in the amount of $10,000 through the Pretrial 10% Program. As a condition of bond, the Defendant was ordered to surrender her passport and abide by the conditions set forth by the Pretrial Release Program, including a condition not to leave the State of Georgia without permission from the Court. The Defendant has moved orally to modify conditions of bond regarding her travel restrictions. The parties having consented thereto, the oral Motion to Modify Bond is hereby granted. It is hereby **ORDERED** that the Defendant's bond conditions be modified as follows:

1. The Defendant shall be allowed to travel domestically outside the State of Georgia without any additional permission from the Court or Pretrial Services.

2. The Defendant shall be allowed to keep her passport and travel outside the country, but the Defendant shall give at least three (3) days prior notice to her Pretrial Services officer informing her officer of the international travel itinerary including dates of departure and return and locations of travel.

3. All other conditions of bond shall remain in full force and effect.

This ____13____ day of November, 2025.

NEXT PAGE

_____
Judge, Superior Court of Fulton County

Consented to by:

_s/ Robert G. Rubin_____          _s/ Will Wooten_____
Robert G. Rubin                    Will Wooten
Attorney for Defendant             Deputy District Attorney

25PI008694
p 2 of 2