**COMPOSITE EXHIBIT D**





+1 (470) 477

Thursday 11:48 AM

Ms. Durand,
Due to your involvement in the theft that occured on Capitol Hill, you are no longer permitted to enter the buildings. The ban was effective

from the incident date and will remain in place until further notice. Any attempt to circumvent security and enter the property will be considered tresp

assing and may result in additional charges. This decision was made to protect public property and maintain security.

Today 8:42 AM

Lieutenant Hays, this is Patty Durand. May I know whose decision it was to keep the ban in place?

It's the decision of the Capitol Police Division Command Staff.

**From:** patty@ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ >
**Sent:** Tuesday, February 10, 2026 11:45 AM
**To:** Jason G. Hayes ▮▮▮▮▮▮▮▮▮▮▮
**Subject:** confusion about trespass ban

**Caution Outside Email:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Good morning Lt. Hayes,

Last week my attorney communicated your response to his question about the capitol police placing a plan on me for entering certain buildings. He informed me that some permissions could be granted but did not say how to seek them. Do I go through you? I need permission to attend a public hearing this Thursday February 12th at 9 AM at the Georgia Public Service Commission. May I have permission? Is this enough notice? Do you need other information such as what the hearing is about?

Lt. Hayes, I am confused. in addition to PSC hearings I often meet with legislators and attend public hearings at the state capitol. Two weeks ago I met with Senator Hufstetler in his office as there was no ban on my entrance to the capitol that I was aware of. I also often meet with Representatives Dickey and Parson. I am confused because I have received no criminal trespass warming but my attorney told me that you informed him that I am prohibited from going to any number of buildings around the capital and that a trespass charge is possible if I try to enter those buildings. But he also said I could ask for permission to enter?

Please tell me which buildings I must ask for permission. what the deadlines are for seeing permission, and whom to ask. The PSC and the state capitol aren't the only places where I need to enter.

Please provide something in writing that tells me where I can and can't go as this is very confusing.

Thank you,

Patty Durand
▮▮▮▮▮▮▮▮
Georgians for Affordable Energy
Vote out incumbent PSC Commissioner Pridemore in 2026
More information, visit my website.

**From:** Jason G. Hayes ███████████████
**Sent:** Tuesday, February 10, 2026 3:23 PM
**To:** patty███████████████████████
**Subject:** Re: confusion about trespass ban

Ms. Durand,
Per our phone conversation earlier today, you are permitted onto Capitol Hill properties with an escort from security/law enforcement.

The only building you are banned from entering is 244 Washington Street. If you attempt to enter that building / circumvent security you would be asked to leave. If you refused to leave, you could be arrested for criminal trespass. That is an indefinite ban put in place by the Capitol Police Division Command based on the previous situation that took place. If you were ever elected to an official capacity or had employment in that building, that decision would be under review.

I hope that clears up the confusion.



**Lieutenant Jason Hayes**
Assistant Unit Commander
Capitol Police Division
180 Shirley Franklin Blvd
Atlanta, GA 30303
Cell:   470-477-████
Email: ██████████████