**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| PATTY DURAND, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )    CASE NO. 1:26-cv-3458-SDG |
| | ) |
| JASON HAYES, individually and in | ) |
| his official capacity as the Lieutenant | ) |
| of the Georgia State Capitol Police, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF APPEARANCE

Pursuant to Northern District of Georgia Local Rule 83.1(D), Roger A. Chalmers, Senior Assistant Attorney General for the State of Georgia, hereby enters his appearance as counsel on behalf of Defendant Jason Hayes.

Respectfully submitted,

Christopher M. Carr                112505
Attorney General

Loretta L. Pinkston-Pope          580385
Deputy Attorney General

s/ Roger A. Chalmers
Roger A. Chalmers                  118720
Senior Assistant Attorney General

- 1 -

- 2 -

PLEASE ADDRESS ALL
COMMUNICATIONS TO:
Roger A. Chalmers
State Law Department
40 Capitol Square SW
Atlanta, GA  30334
Tel: (404) 458-3220
Fax: (404) 651-5304
Email: rchalmers@law.ga.gov

## CERTIFICATE OF SERVICE

I certify that I have this day served the foregoing pleading with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all counsel of record.

This 1st day of July, 2026.

s/ Roger A. Chalmers