**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| PATTY DURAND, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:26-cv-3458-SDG |
| | ) | |
| JASON HAYES, individually and in | ) | |
| his official capacity as the Lieutenant | ) | |
| of the Georgia State Capitol Police, | ) | |
| | ) | |
| Defendant. | ) | |

**FIRST CONSENT MOTION FOR EXTENSION OF TIME TO
RESPOND TO MOTION FOR PRELIMINARY INJUNCTION**

Defendant Jason Hayes, through counsel, and with the consent of Plaintiff,
files this motion to extend or set the time for responding to Plaintiff's Motion for
Preliminary and/or Permanent Injunctive Relief (Doc. 2) (hereinafter, Motion).

1.     Plaintiff Patty Durand initiated this action by verified complaint filed
on June 22, 2026.  Doc. 1.  On the same date Plaintiff filed the Motion.  Doc. 2.

2.     Defendant Jason Hayes waived service of process under Fed. R. Civ.
P. 4(d) on June 30, 2026.  Doc. 5.  Defendant Hayes' answer or other responsive
pleading is due on or before August 24, 2026.  *See* Fed. R. Civ. P. 4(d).

3.     Local Rule 7.1(B) provides, in relevant part, "Any party opposing a
motion shall serve the party's response, responsive memorandum, affidavits, and
any other responsive material not later than fourteen (14) days after service of the

- 1 -

motion . . . ." LR 7.1(B). The Local Rules, and this Court's Standing Order Regarding Civil Litigation (Doc. 4) (hereinafter, Standing Order) do not provide for a different response time when a motion is served before service upon or appearance of a defendant in a case.

4. Defendant Hayes' undersigned counsel received a courtesy copy of the verified complaint and Motion from Plaintiff's counsel on June 23, 2026. Fourteen days from that date is July 7, 2026. To allow sufficient time for counsel to review and inquire into the factual allegations and claims in the complaint and to prepare the response to the Motion, undersigned counsel has conferred with counsel for Plaintiff and through counsel the parties have agreed that Defendant Hayes may have through and including July 29, 2026 to file his response the Motion.

5. Therefore, with the consent of Plaintiff, Defendant requests that the time for him to serve and file his response to the Motion be extended through and including July 29, 2026.

WHEREFORE, Defendant Hayes requests that this Court grant this motion and extend the time for him to respond to Plaintiff's Motion for Preliminary and/or Permanent Injunctive Relief (Doc. 2) through and including July 29, 2026. Pursuant to Part II.H. of the Standing Order, a proposed order is not submitted herewith but will be provided on request of the Court.

- 2 -

Respectfully submitted,

| Christopher M. Carr | 112505 |
|---|---|
| Attorney General | |

| Loretta L. Pinkston-Pope | 580385 |
|---|---|
| Deputy Attorney General | |

s/ Roger A. Chalmers

| Roger A. Chalmers | 118720 |
|---|---|
| Senior Assistant Attorney General | |

PLEASE ADDRESS ALL
COMMUNICATIONS TO
Roger A. Chalmers
State Law Department
40 Capitol Square SW
Atlanta, GA  30334
Tel: (404) 458-3220
Fax: (404) 651-5304
Email: rchalmers@law.ga.gov

## CERTIFICATE OF SERVICE

I certify that I have this day served the foregoing pleading with the Clerk of

Court using the CM/ECF system which will automatically send email notification

of such filing to all counsel of record.

This 1st day of July, 2026.

s/ Roger A. Chalmers

- 3 -