UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

PATY DURAND,

    Plaintiff,

v.

LIEUTENANT JASON HAYES,

    Defendant.

Civil Action No.: 1:26-cv-3458-SDG

## PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 3.3, Plaintiff Patty Durand files her Certificate of Interested Persons and Corporate Disclosure Statement and certifies as follows:

1. The undersigned counsel of record for a party or proposed intervenor to this action certifies that the following is a full and complete list of all parties, including proposed intervenors, in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party or proposed intervenor:

    a. Patty Durand; and

    b. Jason Hayes.

2. The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations

having either a financial interest in or other interest which could be substantially

affected by the outcome of this case:

    a.  Georgia Department of Public Safety.

    3.    The undersigned further certifies that the following is a full and

complete list of all persons serving as attorneys for the parties, including proposed

intervenors, in this case:

| For the Plaintiff: | James M. Slater<br>Slater Legal PLLC<br>2296 Henderson Mill Rd NE #116<br>Atlanta, Georgia 30345 |
| --- | --- |
| For Defendant: | Roger Chalmers<br>Office of the Attorney General<br>40 Capitol Square, SW<br>Atlanta, Georgia 30334 |

    Pursuant to the Court's Local Rules, this document was prepared in Times

New Roman, 14-point font.

Dated: July 10, 2026

    Respectfully submitted,

SLATER LEGAL PLLC                   **James M. Slater**
2296 Henderson Mill Rd. NE #116    James M. Slater
Atlanta, Georgia 30345               Georgia Bar No. 169869
(404) 458-7283
james@slater.legal