## DECLARATION OF LIEUTENANT JASON HAYES

I, Jason Hayes, declare as follows:

1.     My name is Jason Hayes and I am competent in all respects to testify to the matters set forth herein. I have personal knowledge of the facts stated herein and know them to be true, and I give this declaration freely and for use in the civil action styled *Patty Durand v. Jason Hayes,* in the U.S. District Court for the Northern District of Georgia, Case No. 1:26-cv-3458-SDG.

2.     I am a Lieutenant with the Georgia Capitol Police, a division of the Georgia Department of Public Safety. The Department of Public Safety has 52 posts throughout the State of Georgia. Post 50 – Capitol Hill, also known as the Capitol Police Division, provides security services at the State Capitol, on Capitol Hill, and throughout the various working state office buildings that comprise Capitol Square including the Nathan Deal Judicial Center. I am the Unit Commander of the Capitol Police Services, a position that I have held since April 2025.

3.     I have been employed with the Department of Public Safety continuously since July 2017, for all of that time with the Capitol Police Division. Initially I worked as a patrol officer. In 2021 I was promoted to the rank of Sergeant, and I worked the night shift in that rank from 2021 to 2023. In 2023 I was promoted to Investigator, a position I held through April 2025. And then in April 2025 I was promoted to my current rank of Lieutenant and position of Unit Commander.

4.     The Capitol Police Division is comprised of 24 Georgia State Patrol troopers who provide security for all of the elected officials, state employees, and members of the public at the State Capitol. Post 50 troopers also provide security for the buildings on Capitol Hill by conducting patrols in and around these buildings. In addition, the Capitol Police Division has 28 Capitol Police Officers (sworn law enforcement officers) (the Capitol Police Services unit) and 19 non-sworn safety officers (the Capitol Police Security unit). The Capitol Police Officers provide

public and building security in the broader Capitol Hill area, and the safety officers monitor the Capitol Square building entrances and screen incoming deliveries to those buildings. As Unit Commander I oversee the day-to-day operations of the Capitol Police Services.

5.    The Capitol Police Division was created by state statute (O.C.G.A. § 35-2-120, *et seq.*). The division has jurisdiction, and the primary duty, to enforce all laws in Capitol Square and the property and buildings owned by the Georgia Building Authority within a five-mile radius of Capitol Square. As defined by the statute, Capitol Square includes "[t]he property owned by this state and the sidewalks and streets within the area in the City of Atlanta bounded by Washington Street, Trinity Avenue, Memorial Drive, Capitol Avenue, and Martin Luther King, Jr. Drive."

6.    The primary purpose of the Capitol Police Division is public safety and security in and around the State Capitol. This means the safety of all persons and building occupants (state employees, legislators, judges, other elected officials, and members of the public) and also the security of the buildings as well as the state government offices located within and the state government functions carried out within the buildings. To fulfill this purpose the division has, among other things, the duties to maintain peace and order and enforce the laws and regulations relating to controlling access to any building or property under the control or operation of the Georgia Building Authority, and to exercise the powers of a law enforcement officer to protect life and property. In the performance of their duties, Capitol Police Officers are authorized to carry firearms and exercise the power of arrest.

7.    Capitol Square includes 244 Washington Street, SW, Atlanta, Georgia 30334. Georgia's Public Service Commission is located at 244 Washington and PSC meetings, which are open to the public, are held in the building. PSC meetings also are livestreamed such that members of the public can watch and listen to the meetings remotely.

- 2 -

8.      On October 21, 2025, a PSC meeting was held at 244 Washington. The events described in the complaint in the civil action referenced above occurred during the lunch break of that meeting. For such meetings, the Capitol Police Division provides the security services mentioned above.

9.      **Attachment 1** hereto is a true and correct copy of DPS Incident Report DPS00188544(01). The incident report, which was prepared by Sgt. Kyle Arthur McClendon, includes the following narrative:

> On October 21, 2025, at approximately 2:56pm, I received a phone call from Capitol Police Officer Peters #1834 regarding a theft located at 244 Washington Street 1st floor in a Public Service Commission (PSC) meeting. Once I arrived, I spoke with Jeremiah Haswell (Georgia Power Company Representative), Steven Hewitson (Troutman Pepper Locke LLP representative) and Sallie Tanner (Executive Secretary for the Georgia Public Service Commission).
>
> Mr. Haswell advised the PSC meeting took a lunch break at approximately 11:55am. During this time, Mr. Haswell stated Mrs. Patricia Durand left the PSC meeting room and moments later returned to the meeting room. When she returned, Mrs. Durand walked over to the council desk near the podium and picked up a booklet labeled "Georgia Power Trade Secrets 2029-2031 All-source RDP". Mrs. Durand placed it back when a gentleman wearing a dark red shirt entered the room and walked near the podium. Mrs. Durand then walked to the opposite council's desk and picked up another Georgia Power Trade Secrets booklet which was face down. At approximately 12:06pm, Mrs. Durand looked through the booklet briefly before placing it in her purse and leaving the meeting room. Ms. Tanner then showed the recorded video of the incident which confirmed Mr. Haswell's statement. Mr. Haswell advised the item which was taken contained confidential information belonging to Georgia Power Company.

10.     The incident report further details that Sgt. McClendon called Ms. Durand and left a voice mail asking that she return the call; that Ms. Durand returned the call, and during that call Sgt. McClendon "advised Ms. Durand about the booklet she took from the PSC meeting and the consequences to follow"; that Sgt. McClendon asked Ms. Durand if she had the booklet in her possession and she replied she did; that Sgt. McClendon asked Ms. Durand if she is willing to return the booklet and she replied yes; and that Sgt. McClendon then gave Ms. Durand instructions

- 3 -

to meet him at the State Capitol at 5:00 p.m. and Ms. Durand agreed to and did meet him at that time and place.

11.    The incident report further details that when Ms. Durand arrived at the meeting place she was read her Miranda rights and then Sgt. McClendon asked her if she had taken any photocopies or made copies of the booklet, in response to which Ms. Durand invoked her right to remain silent.

12.    As further detailed in the incident report, Sgt. McClendon then applied for an arrest warrant and a search warrant for Ms. Durand's cell phone, vehicle, and residence. Ms. Durand was taken to the Fulton County jail and turned over to Fulton County personnel and charged with theft of trade secrets, a felony under Georgia law (O.C.G.A. § 16-8-13). Capitol Police Division officers, including Sgt. McClendon, then executed the search warrant and confiscated Ms. Durand's cell phone and laptop computer.

13.    **Attachment 2** hereto is a true and correct copy of Criminal Warrant EW-0504036 which is the arrest warrant completed and sworn out by Sgt. McClendon.

14.    **Attachment 3** hereto is a thumb drive containing a true and correct copy of the PSC recorded video of the incident.

15.    Following the PSC meeting on October 21, 2024 where Ms. Durand took and removed the Georgia Power booklet, I met with other members of the Georgia Capitol Police Division command staff to determine the appropriate security measures to put in place to address Ms. Durand's unlawful conduct. The command staff consists of Major Gary Langford, Captain Chris Black, Lieutenant Cory Seymour, and myself. We determined that, because of Ms. Durand's admitted and video documented theft of property from a state government building, in particular in this instance theft of trade secret or potential trade secret information from an entity that regularly

- 4 -

appears before the PSC, she would be prohibited from entering 244 Washington where she committed the crime and she would be required to have a security escort for all other Capitol Hill buildings.

16.    **Attachment 4** hereto is a true and correct copy of the BOLO that was created to this effect. The BOLO remains in effect to this day and will remain in effect unless Ms. Durand is elected to public office or employed by a state government entity located at Capitol Square.

17.    I am informed and aware that, on January 21, 2026, the Fulton District Attorney issued its written decision declining to prosecute Ms. Durand on the charge of felony theft of trade secrets on the basis that in its view Georgia Power did not take sufficient efforts to maintain the secrecy of its trade secrets. The District Attorney's written decision, however, confirmed that Ms. Durand committed a crime, stating as follows:

> That said, the evidence does establish probable cause to believe that the Defendant committed the misdemeanor offense of theft by taking in violation of O.C.G.A. § 16-8-2 or, in the alternative, criminal trespass in violation of O.C.G.A. § 16-7-21(a). The evidence shows that during the lunch break at the October 21, 2025, GPSC meeting, the Defendant intentionally took a spiral-bound notebook belonging to Georgia Power with the intention of depriving Georgia Power of its property. See O.C.G.A. § 16-8-2. The evidence also shows that the Defendant knowingly and maliciously interfered with Georgia Power's possession and use of the notebook without Georgia Power's consent. See O.C.G.A. § 16-7-21(a). Accordingly, while the evidence is insufficient to proceed on the charged felony offense, the State is authorized to proceed on these misdemeanor offenses. See GA. CONST. 1983, Art. VI, Sec. VII, Par. I (d).

18.    As stated previously, the chief function and purpose of the Capitol Police Division is public safety and security in and around the State Capitol, and this means the security and safety of persons, building occupants, and buildings, including the state government offices located within and the state government functions carried out within the buildings. The duty of maintaining peace and order in this context includes preventing the re-occurrence of criminal conduct that threatens to disrupt the business of state government. In the view of the command

staff, the limitations set forth in the BOLO for Ms. Durand are reasonable and necessary to fulfill this purpose and to ensure that the business of state government – including PSC meetings – can be conducted in peace and good order without disruption by criminal conduct.

19.    The restriction applied to Ms. Durand is not based on her speech or viewpoint and in fact her speech and viewpoint are not known to me or to my knowledge to others in the Capitol Police Division. The restriction is based on the fact that she committed a crime (theft of property) in a Capitol Square building. Georgia law (O.C.G.A. § 50-16-14) expressly authorizes and empowers Capitol Police Officers to deny any person entrance into or upon, and to remove them from, any property or building of the Georgia Building Authority or the state, when the person's activities are intended to disrupt or interfere with the normal activities and functions carried on in such property or building or have the potential of violating the security of the persons therein, and also when the person's activities interfere with or disrupt the activities and the operations carried on in such property or building or constitute a safety hazard to the property or building or the inhabitants thereof. In the view of the command staff Ms. Durand's criminal activity raises these concerns and justifies the restriction.

20.    I am familiar with the information and records maintained by the Capitol Police Division and Post 50. **Attachments 1-4** hereto are made at or near the time of the information reflected therein by a person with knowledge of the information, they are kept in the regular course of business, and it is the regular practice of the Capitol Police Division and Post 50 to make and maintain such records.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 8/29/22

Lt. Jason Hayes

- 6 -

ATTACHMENT 1



# DPS INCIDENT REPORT

GEORGIA DEPARTMENT OF PUBLIC SAFETY
180 CENTRAL AVE
ATLANTA, GA 30303

| Report Date / Time<br>10/21/2025 10:14:53 PM | Report Number<br>DPS00188544 (01) | Report Case/CAD Number<br>DPS00168544 /<br>DPS25IN0873977 | Reporting Officer Rank / ID<br>SGT / 1808 | Reporting Officer Name<br>MCCLENDON, KYLE<br>ARTH |
|---|---|---|---|---|
| Originating Agency ORI<br>GAGSP0000 | Reported to Agency Date<br>10/21/2025 3:22:21 PM | Occur Date Range<br>10/21/2025 15:22:21 -<br>10/21/2025 22:15:00 | Jurisdiction<br>IN JURISDICTION | Status:<br>Clearance: ARREST |

| Offense Description |
|---|
| N010A THEFT |

## LOCATION(S)

| County<br>FULTON | Location Type<br>INCIDENT LOCATION | Location Description | | | | | |
|---|---|---|---|---|---|---|---|
| Street Number<br>244 | Street<br>WASHINGTON ST SW | | Apt/Lot/Bldg | City<br>ATLANTA | State<br>GA | Zip Code<br>30334 | Phone Number | Ext. |
| County<br>FULTON | Location Type<br>OTHER LOCATION | Location Description | | | | | |
| Street Number<br>379 | Street<br>Sinclair Avenue | | Apt/Lot/Bldg | City<br>ATLANTA | State<br>GA | Zip Code<br>30307 | Phone Number | Ext. |
| County<br>FULTON | Location Type<br>CAPTURE LOCATION | Location Description | | | | | |
| Street Number<br>206 | Street<br>Washington Street | | Apt/Lot/Bldg | City<br>ATLANTA | State<br>GA | Zip Code<br>30303 | Phone Number | Ext. |

## Person: SUSPECT

| First Name<br>PATRICIA | Middle Name<br>HAINES | Last Name<br>DURAND | | Suffix | Race<br>WHITE | Sex<br>FEMALE | Height<br>5'05" | Weight<br>150 | Hair<br>BRO | Eyes<br>BRO |
|---|---|---|---|---|---|---|---|---|---|---|
| MNI # | SSN | Date of Birth | Age | ID Type | Drivers License or other ID | | State<br>GA | OCA / Agency ID | | |
| Place of Birth: | , , | | | | | | | | | |
| Addresses | | | | | | | | | | |

## Person: COMPLAINANT

| First Name<br>JEREMIAH | Middle Name | Last Name<br>HASWELL | | Suffix | Race<br>WHITE | Sex<br>MALE | Height<br>6'00" | Weight<br>195 | Hair | Eyes<br>BRO |
|---|---|---|---|---|---|---|---|---|---|---|
| MNI # | SSN | Date of Birth | Age | ID Type | Drivers License or other ID | | State | OCA / Agency ID | | |
| Place of Birth: | , , | | | | | | | | | |
| Addresses | | | | | | | | | | |

| Report Date / Time 10/21/2025 10:14:53 PM | Report Number DPS00188544 (01) | Report Case/CAD Number DPS00188544 / DPS25IN0873977 | Reporting Officer Rank / ID SGT / 1808 | Reporting Officer Name MCCLENDON, KYLE ARTH |
|---|---|---|---|---|
| Originating Agency ORI GAGSP0000 | Reported to Agency Date 10/21/2025 3:22:21 PM | Occur Date Range 10/21/2025 15:22:21 - 10/21/2025 22:15:00 | Jurisdiction IN JURISDICTION | Status: Clearance: ARREST |

| Offense Description |
|---|
| N010A THEFT |

### Person: OTHER PERSON

| First Name DAVID | Middle Name PAUL | Last Name DURAND | Suffix | Race WHITE | Sex MALE | Height 6'05" | Weight 205 | Hair GRY | Eyes BLU |
|---|---|---|---|---|---|---|---|---|---|
| MNI # | SSN | Date of Birth | Age | ID Type | Drivers License or other ID | State GA | OCA / Agency ID | | |
| Place of Birth: | , , | | | | | | | | |
| Addresses | | | | | | | | | |

### Person: COMPLAINANT

| First Name STEVEN | Middle Name | Last Name HEWITSON | Suffix | Race WHITE | Sex MALE | Height 5'10" | Weight 180 | Hair BLACK | Eyes BRO |
|---|---|---|---|---|---|---|---|---|---|
| MNI # | SSN | Date of Birth | Age | ID Type | Drivers License or other ID | State | OCA / Agency ID | | |
| Place of Birth: | , , | | | | | | | | |
| Addresses | | | | | | | | | |

### Business: COMPLAINANT

| Business Name GEORGIA POWER COMPANY | | MBI # | Phone Number 1 | Ext 1 | Phone Number 2 | Ext 2 |
|---|---|---|---|---|---|---|
| County FULTON | Street Number 241 | Address NE, RALPH MCGILL BOULEVARD | Apt/Lot/Bldg . | City ATLANTA | State GA | Zip Code 30308 |
| Other Information | | | | | | |

### Business: COMPLAINANT

| Business Name TROUTMAN PEPPER LOCKE LLP | | MBI # | Phone Number 1 | Ext 1 | Phone Number 2 | Ext 2 |
|---|---|---|---|---|---|---|
| County FULTON | Street Number 600 | Address NE PEACHTREE STREET | Apt/Lot/Bldg | City ATLANTA | State | Zip Code |
| Other Information | | | | | | |

### Charge: STATE LAW

| Counts 1 | Charge 16-8-13 | Arrest Offense Code Description | |
|---|---|---|---|
| Charge Degree | | Charge Level GEORGIA CRIMINAL CODE | General Offense Code COMPLETED |

**DPS INCIDENT REPORT**

Page 2 of 5

| Report Date / Time 10/21/2025 10:14:53 PM | Report Number DPS00188544 (01) | Report Case/CAD Number DPS00188544 / DPS25IN0873977 | Reporting Officer Rank / ID SGT / 1808 | Reporting Officer Name MCCLENDON, KYLE ARTH |
|---|---|---|---|---|
| Originating Agency ORI GAGSP0000 | Reported to Agency Date 10/21/2025 3:22:21 PM | Occur Date Range 10/21/2025 15:22:21 - 10/21/2025 22:15:00 | Jurisdiction IN JURISDICTION | Status: Clearance: ARREST |

Offense Description
**N010A THEFT**

Charge Description
**THEFT OF TRADE SECRETS**

### Vehicle: OTHER

| Year | Make | Model | Style | Color | State | License Plate # | Tag Expiration | VIN |
|---|---|---|---|---|---|---|---|---|
| 2021 | TESLA | MODEL 3 | 4S | BLU | | EVV345 | 01/22/2026 | |

| Vehicle Owner Type PERSON | Vehicle Value ($) | CMV / HAZMAT | DOT Number | Placard Hazardous Material # | Placard Hazard Class # |
|---|---|---|---|---|---|

| Vehicle Owner PATRICIA HAINES DURAND (SUSPECT) | Vehicle Released to Person DAVID PAUL DURAND (OTHER PERSON) | Vehicle Released by Officer KYLE ARTHUR MCCLENDON |
|---|---|---|

| Owner Type BUSINESS | Property Owner GEORGIA POWER COMPANY (COMPLAINANT) | Property Released To Person | Property Released By Officer |
|---|---|---|---|

### Narrative: INITIAL

| Narrative Date/Time 10/21/2025 10:30:18 PM | Narrative Synopsis | | | |
|---|---|---|---|---|
| Reporting Officer MCCLENDON, KYLE ARTH | | Officer Rank SGT | Officer ID No 1808 | Officer Org/Unit GCP\CAPITOL POLICE |
| Officer Signature | | Officer Agency GEORGIA DEPARTMENT OF PUBLIC SAFETY | | |

On October 21, 2025, at approximately 2:56pm, I received a phone call from Capitol Police Officer Peters #1834 regarding a theft located at 244 Washington Street 1st floor in a Public Service Commission (PSC) meeting. Once I arrived, I spoke with Jeremiah Haswell (Georgia Power Company Representative), Steven Hewitson (Troutman Pepper Locke LLP representative) and Sallie Tanner (Executive Secretary for the Georgia Public Service Commission).

Mr. Haswell advised the PSC meeting took a lunch break at approximately 11:55am. During this time, Mr. Haswell stated Mrs. Patricia Durand left the PSC meeting room and moments later returned to the meeting room. When she returned, Mrs. Durand walked over to the council desk near the podium and picked up a booklet labeled "Georgia Power Trade Secrets 2029-2031 All-source RDP". Mrs. Durand placed it back when a gentleman wearing a dark red shirt entered the room and walked near the podium. Mrs. Durand then walked to the opposite council's desk and picked up another Georgia Power Trade Secrets booklet which was face down. At approximately 12:06pm, Mrs. Durand looked through the booklet briefly before placing it in her purse and leaving the meeting room. Ms. Tanner then showed the recorded video of the incident which confirmed Mr. Haswell's statement. Mr. Haswell advised the item which was taken contained confidential information belonging to Georgia Power Company.

At approximately 3:49pm, I called Mrs. Durand and left a voice mail for her to call me back and explained the reason for the call. At approximately 4:10pm, Mrs. Durand returned my phone call. I then advised Mrs. Durand about the booklet she took from the PSC meeting and the consequences to follow. I asked Mrs. Durand If she had the book in her possession which she

**DPS INCIDENT REPORT**    Page 3 of 5

| Report Date / Time 10/21/2025 10:14:53 PM | Report Number DPS00188544 (01) | Report Case/CAD Number DPS00188544 / DPS25IN0873977 | Reporting Officer Rank / ID SGT / 1808 | Reporting Officer Name MCCLENDON, KYLE ARTH |
|---|---|---|---|---|
| Originating Agency ORI GAGSP0000 | Reported to Agency Date 10/21/2025 3:22:21 PM | Occur Date Range 10/21/2025 15:22:21 - 10/21/2025 22:15:00 | Jurisdiction IN JURISDICTION | Status: Clearance: ARREST |

| Offense Description |
|---|
| N010A THEFT |

replied she did. I then asked if she is willing to return the booklet which she replied yes. I then gave Mrs. Durand instructions to meet me at the State Capitol on Capitol Square. Mrs. Durand agreed to meet at 5:00pm.

While I was applying for an arrest warrant and search warrant, Mrs. Durand arrived at the designated location where she was detained by Cpl. Miller #828 and Sgt. Chapple #1807. Shortly after, Sgt. Chapple read Mrs. Durand her Miranda Rights. I asked Mrs. Durand if she had taken any photocopies or made copies of the booklet in which she invoked her right to remain silent.

Mrs. Durand's husband, David Durand, arrived some time afterwards to retrieve her blue Tesla. Mrs. Durand was taken to Fulton County Jail where she was turned over to Fulton County personnel without any complaint of injury by Officer Moody #1828. Mrs. Durand was charged with O.C.G.A. 16-8-13 (Theft of Trade Secrets-Felony).

A search warrant was obtained for Mrs. Durand's cell phone, vehicle (Blue Tesla) and residence (379 Sinclair Avenue NE Atlanta, Georgia 30307). The search warrant was executed by Capitol Police Officer Harden #1825, Williams #1838, and me. Atlanta Police Department was notified by Capitol Police Communications of the search warrant as well. After the search of the residence, a copy of the search warrant and items seized from 379 Sinclair Avenue were left with David Durand, who was present at the time. Afterwards, Mr. Durand advised the Blue Tesla was located at the Iman Park Marta Train Station. Officer Harden #1825 transported Mr. Durand to 1004 Edgewood Avenue where the vehicle was located, and a search of the vehicle was executed by Officer Williams #1838 and me.

The items which were seized at 379 Sinclair Avenue Atlanta, Georgia 30307 are as follow: White Apple iPhone and a gray Yoga Lenovo Computer (laptop). The Incident was recorded on Watch Guard body cameras (VXL1-013646, VXL1-012413, VXL1-013587).

| Sup # | Officer Name Rank / ID # | | Involvement On Report / Reporting Role | Officer Agency Org/Unit |
|---|---|---|---|---|
| 01 | CHAPPLE, HABERT SERGEANT | 1807 | ASSISTING OFFICER | GEORGIA DEPARTMENT OF PUBLIC SAFETY GCP\CAPITOL POLICE |
| 01 | HARDEN, DEXTER A JR OFFICER | 1825 | ASSISTING OFFICER | GEORGIA DEPARTMENT OF PUBLIC SAFETY GCP\CAPITOL POLICE |
| 01 | MCCLENDON, KYLE ARTH SGT | 1808 | ASSISTING OFFICER / REPORTING OFFICER | GEORGIA DEPARTMENT OF PUBLIC SAFETY GCP\CAPITOL POLICE |
| 01 | MILLER, ANDREW S CORPORAL | 0828 | ASSISTING OFFICER | GEORGIA DEPARTMENT OF PUBLIC SAFETY GSPC\POST 9 |
| 01 | MOODY, W OFFICER | 1828 | ASSISTING OFFICER | GEORGIA DEPARTMENT OF PUBLIC SAFETY GCP\CAPITOL POLICE |

| Report Date / Time 10/21/2025 10:14:53 PM | Report Number DPS00188544 (01) | Report Case/CAD Number DPS00188544 / DPS25IN0873977 | Reporting Officer Rank / ID SGT / 1808 | Reporting Officer Name MCCLENDON, KYLE ARTH |
|---|---|---|---|---|
| Originating Agency ORI GAGSP0000 | Reported to Agency Date 10/21/2025 3:22:21 PM | Occur Date Range 10/21/2025 15:22:21 - 10/21/2025 22:15:00 | Jurisdiction IN JURISDICTION | Status: Clearance: ARREST |
| Offense Description N010A THEFT | | | | |

| Sup # | Officer Name Rank / ID # | Involvement On Report / Reporting Role | Officer Agency Org/Unit |
|---|---|---|---|
| 01 | T.A.WILLIAMS OFFICER | ASSISTING OFFICER | GEORGIA DEPARTMENT OF PUBLIC SAFETY GCP\CAPITOL POLICE |

The undersigned certifies and swears that he/she has just and reasonable grounds to believe that the above named Defendant, committed violation(s), of law, on the below date(s) and time(s), as listed in the narratives associated with this report:

**Officer: Reporting Officer (Supplement01)**

| Officer Name | Office Rank | Officer ID No | |
|---|---|---|---|
| MCCLENDON, KYLE ARTH | SGT | 1808 | |
| Officer Agency | | | |
| GEORGIA DEPARTMENT OF PUBLIC SAFETY | | | |
| Officer Signature | | | |

ATTACHMENT 2

## CRIMINAL WARRANT

Warrant No:   EW-0504036

---

**MAGISTRATE COURT OF FULTON COUNTY**
**GEORGIA, FULTON COUNTY**

### AFFIDAVIT FOR ARREST

### (Ga. Code Ann. 17-4-45)

Personally came <u>K McClendon</u> , who on oath says that to the best of his/her knowledge and belief <u>Patricia Haines</u> <u>Durand</u> (hereinafter called the accused) between <u>10/21/2025</u> at <u>12:04 PM</u> and <u>10/21/2025</u> at <u>12:06 PM</u> , at <u>244</u> <u>Washington St SW, Atlanta</u> in <u>FULTON</u> county aforesaid, did commit the offense of <u>Theft Of Trade Secrets -</u> <u>Felony - Felony</u> **(Count #1)** , <u>16-8-13(b)(3)</u> in that <u>said accused unlawfully did intentionally take a booklet</u> <u>containing confidential information owned by Georgia Power Company without permission. While on break,</u> <u>Mrs. Durand was captured on recorded video inside a Public Service Commission (PSC) meeting with</u> <u>Georgia Power Company. Ms. Durand was seen walking out of the meeting room at 12:04pm and re-enter</u> <u>moments later walking pass a desk containing a booklet labeled Georgia Power Trade Secrets. Ms. Durand</u> <u>picked up the booklet and put it back. Then Mrs. Durand walked pass the second desk which had the same</u> <u>booklets from Georgia Power and picked one booklet up. Mrs. Durand flipped through the booklet briefly</u> <u>before placing the booklet into her purse and left the meeting room without returning.</u> said and this deponent makes this affidavit that a warrant may issue for his/her arrest.

**Probable Cause :**

said accused unlawfully did intentionally take a booklet containing confidential information owned by Georgia Power Company without permission. While on break, Mrs. Durand was captured on recorded video inside a Public Service Commission (PSC) meeting with Georgia Power Company. Ms. Durand was seen walking out of the meeting room at 12:04pm and re-enter moments later walking pass a desk containing a booklet labeled Georgia Power Trade Secrets. Ms. Durand picked up the booklet and put it back. Then Mrs. Durand walked pass the second desk which had the same booklets from Georgia Power and picked one booklet up. Mrs. Durand flipped through the booklet briefly before placing the booklet into her purse and left the meeting room without returning.

**Repeat Offender :** Unknown

Sworn to and subscribed before me,

Prosecutor/Affiant:   **K McClendon**
Title
Agency:   **Capitol Police**
Badge No.:   **1808**
Phone No.:   **404-656-4831 (w)**
**10/21/2025 6:06:33 PM**

Deputy Clerk/Judge :   **R Oliver**

Title   **Judge**
**Magistrate Court** COURT OF FULTON COUNTY
**10/21/2025 6:08:37 PM**

## CRIMINAL WARRANT

Warrant No:   EW-0504036

MAGISTRATE COURT OF FULTON COUNTY
GEORGIA, FULTON COUNTY

### AFFIDAVIT FOR ARREST

### (Ga. Code Ann. 17-4-45)

Personally came **K McClendon** , who on oath says that to the best of his/her knowledge and belief **Patricia Haines Durand** (hereinafter called the accused) between **10/21/2025** at **12:04 PM** and **10/21/2025** at **12:06 PM** , at **244 Washington St SW, Atlanta** in **FULTON** county aforesaid, did commit the offense of **Theft Of Trade Secrets - Felony - Felony (Count #1)** , **16-8-13(b)(3)** in that **said accused unlawfully did intentionally take a booklet containing confidential information owned by Georgia Power Company without permission. While on break, Mrs. Durand was captured on recorded video inside a Public Service Commission (PSC) meeting with Georgia Power Company. Ms. Durand was seen walking out of the meeting room at 12:04pm and re-enter moments later walking pass a desk containing a booklet labeled Georgia Power Trade Secrets. Ms. Durand picked up the booklet and put it back. Then Mrs. Durand walked pass the second desk which had the same booklets from Georgia Power and picked one booklet up. Mrs. Durand flipped through the booklet briefly before placing the booklet into her purse and left the meeting room without returning.** said and this deponent makes this affidavit that a warrant may issue for his/her arrest.

**Probable Cause :**
said accused unlawfully did intentionally take a booklet containing confidential information owned by Georgia Power Company without permission. While on break, Mrs. Durand was captured on recorded video inside a Public Service Commission (PSC) meeting with Georgia Power Company. Ms. Durand was seen walking out of the meeting room at 12:04pm and re-enter moments later walking pass a desk containing a booklet labeled Georgia Power Trade Secrets. Ms. Durand picked up the booklet and put it back. Then Mrs. Durand walked pass the second desk which had the same booklets from Georgia Power and picked one booklet up. Mrs. Durand flipped through the booklet briefly before placing the booklet into her purse and left the meeting room without returning.

**Repeat Offender :** Unknown

Sworn to and subscribed before me,

Prosecutor/Affiant:   **K McClendon**
Title
Agency:   **Capitol Police**
Badge No.:   **1808**
Phone No.:   **404-656-4831 (w)**
**10/21/2025 6:06:33 PM**

Deputy Clerk/Judge :   **R Oliver**

Title   **Judge**
**Magistrate Court** COURT OF FULTON COUNTY
**10/21/2025 6:08:37 PM**

## WITNESSES FOR THE STATE

Name :

Address:

Phone :



Name :

Address:

Phone :



Name :

Address:

Phone :

*************************

NOTES:

_____

_____

_____

_____

GEORGIA , FULTON COUNTY :

After hearing evidence the accused is

**Discharged**  _____

_____

**This** _____  , 20 _____

_____

**JUDGE,  MAGISTRATE    COURT, FULTON
COURT**

**DISMISSED** _____

_____

**This** _____  , 20 _____

_____

**JUDGE,  MAGISTRATE    COURT, FULTON
COURT**

************************

**GEORGIA , FULTON COUNTY :**

After hearing evidence it is ordered that the accused give
bond of **OTHER-JUDGE SETS-OTHER-JUDGE SETS** $
dollars for his/her appearance at the STATE COURT
/SUPERIOR COURT of said County now in session, to
answer to the Charge of: **Theft Of Trade Secrets - Felony
- Felony , 16-8-13(b)(3)** or in default that they be
committed to jail

This is _____ day of _____ , 20 _____

_____

**JUDGE,  MAGISTRATE    COURT, FULTON
COURT**

*************************************

*GEORGIA , FULTON  COUNTY :*

**Executed the within warrant by arresting the
defendant,**

**ARRESTING OFFICER(S)**

## COURT OF FULTON  COUNTY

### No. EW-0504036
### CRIMINAL WARRANT
### THE STATE
### versus
### Patricia Haines Durand

| RACE | D.O.B | SEX | HGT | WGT |
|------|-------|-----|-----|-----|
| W | 01/21/1959 | FEMALE | 5'5" | 150 |

| EYE | HAIR |
|-----|------|
| BRO (Brown) | BRO (Brown) |

ADDRESS:          5911 Lakeshore Dr SE, ,
                  Mableton, GA, 30126

BUS ADDRESS:

PHONE NUMBER:

IN CUSTODY :      **NO**

## BOND $: OTHER-JUDGE SETS-OTHER-JUDGE SETS

**CHARGE:**       16-8-13(b)(3)

**Theft Of Trade Secrets  - Felony - Felony**

PROSECUTOR NAME & ADDRESS:

**K  McClendon**

**180 Central Avenue SW, ATLANTA, GA, 30303**

PHONE NUMBER:     **404-656-4831 (w)**

ATTY/PROSECUTOR:


NAME/ADDRESS/PHONE :


PROSECUTOR NOTIFIED BY:

DATE : _____/_____/_____

TIME : _____AM/PM

PERSON NOTIFIED :

| CALENDAR DATE AND NUMBER | | | |
|---|---|---|---|
| | | | |
| | | | |

CASE NO :     DPS25IN0873977

## IN THE MAGISTRATE COURT OF FULTON COUNTY
## STATE OF GEORGIA

**STATE OF GEORGIA**

CASE NO: DPS25IN0873977

WARRANT NO(S):

**VS**

EW-0504036,

**Patricia HainesDurand**

### SPECIAL CONDITIONS OF BOND

It is hereby ORDERED that the Defendant shall be allowed to make a bond in the dollar amount set forth in the separate orders connected with the above listed warrant(s), subject to the following conditions:

☐ 1. The Defendant shall stay away, absolutely, directly or indirectly, by person, telephone, messenger or any other means of communication from hereinafter referred to as "victim". That includes, but is not limited to, the victim's home, school, and place of business or routes of travel to or from those locations. **Violations connected with contacting/following the victim may subject the Defendant to a separate prosecution for the felony offense of Aggravated Stalking.**

☐ 2. The Defendant shall have no violent contact with:

☐ 3. The Defendant shall have no violent contact with:

☐ 4. **DEFENDANT'S EXPRESS CONSENT TO DRUG/ALCOHOL TESTING:** While the Defendant is out on bond the Defendant has freely and voluntarily consented to submit to random alcohol drug tests upon the request of the State, from time to time hereafter, at his/her own expense and this order shall onstitute a complete release and stipulation of all such results for the purposes of bond review. The **Defendant acknowledges that any incriminating results would be grounds to revoke this bond and would be used against the Defendant in an independent prosecution.**

☐ 5. Defendant shall not violate any local, state or federal laws.

☐ 6. Defendant shall not drink alcohol.

☐ 7. Defendant shall not take or possess any drugs unless prescribed lawfully.

☐ 8. Defendant shall not change present address without prior written notice to the State.

☐ 9. Defendant shall not own or possess a firearm.

☐ 10. Other:

Violation(s) of this order may be heard upon the State's Motion to Revoke Bond, supported by sworn testimony or affidavit. In the event probable cause of such violation is found the Defendant will be arrested on an order revoking bond and will be brought before the appropriate Court immediately after his her arrest for a further hearing. Violations connected with contacting/following the victim may subject the Defendant to a separate prosecution for the felony offense of Aggravated Stalking.

SO ORDERED. this this

_____
JUDGE R Oliver Title Judge
MAGISTRATE COUNTY OF FULTON COUNTY

I acknowledge receipt of the above conditions of bond. They have been fully explained to me. I realize that upon a violation of any of these special conditions, my bond may be revoked and I would be subject to immediate arrest and prosecution. I understand that I must give the State written notice of any change(s) in my address. I freely and voluntarily consent to these conditions of bond

SO ORDERED, this

_____
Defendant

ATTACHMENT 3


[TO BE FILED MANUALLY]

ATTACHMENT 4

# GEORGIA DEPARTMENT OF PUBLIC SAFETY
## CAPITOL POLICE DIVISION

## No Entry – 244 Washington Street
## Escort-Only - Other Capitol Hill



On 10/21/2025, Patricia Durand was attending the Public Service Commission meeting. During a recess, Ms. Durand was caught on camera placing confidential documentation belonging to Georgia Power in her purse, before leaving.

**Authority: Lt. Hayes 1802**

**Capitol Police Division**

**October 21, 2025**

**Durand, Patricia Haines**
**Address:** ▮▮▮▮▮▮▮▮▮▮
**Mableton, GA 30126**
**DOB:** ▮▮▮▮▮▮
**W/F Eyes-BRO Hair-BRO**
**HGT 5'05 WGT 150**
**OLN :** ▮▮▮▮▮▮▮