**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| PATTY DURAND, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:26-cv-3458-SDG |
| | ) | |
| JASON HAYES, individually and in | ) | |
| his official capacity as the Lieutenant | ) | |
| of the Georgia State Capitol Police, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF MANUAL FILING**

Please take notice that Defendant Jason Hayes, through counsel, will manually file the following documents or things: Attachment 3 to the Declaration of Jason Hayes, which consists of one thumb drive containing video recordings. This item cannot be filed electronically because the video recordings cannot be converted to electronic format. The Hayes Declaration has been filed as Exhibit A to Defendant Hayes' response in opposition to Plaintiff's Motion for Preliminary and/or Permanent Injunctive Relief (Doc. 11), and its Attachment 3 will be served on Plaintiffs' counsel with the service copy of the motion.

Respectfully submitted,

Christopher M. Carr          112505
Attorney General

- 1 -

Loretta L. Pinkston-Pope      580385
Deputy Attorney General

s/ Roger A. Chalmers
Roger A. Chalmers              118720
Senior Assistant Attorney General

PLEASE ADDRESS ALL
COMMUNICATIONS TO
Roger A. Chalmers
State Law Department
40 Capitol Square SW
Atlanta, GA  30334
Tel: (404) 458-3220
Fax: (404) 651-5304
Email: rchalmers@law.ga.gov

## CERTIFICATE OF SERVICE

I certify that I have this day served the foregoing pleading with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all counsel of record.

This 29th day of July, 2026.

s/ Roger A. Chalmers