**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHEN DISTRICT OF GEORGIA**

_____

PATTY DURAND ,                                    )
                                                  )
          Plaintiff                               )
                                                  )       Civil Action File No.
          vs                                      )       1:26-CV-03458
                                                  )
JASON HAYES, individual and                       )
     in his official capacity as the              )
     lieutenant of the Georgia                    )
     State Capitol Police,                        )
                                                  )
          Defendant.                              )

**ENTRY OF APPEARANCE – GERALD WEBER**

On behalf of Plaintiff, Gerald Weber hereby enters an appearance in the

above referenced case.


This the 7th day of August, 2026

/s/ Gerald Weber
Gerald Weber