# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

**1:26-cv-03458-SDG**
**Durand v. Hayes**
**Honorable Steven D. Grimberg**

Minute Sheet for proceedings held In Open Court on 08/06/2026.

TIME COURT COMMENCED: 4:20 P.M.
TIME COURT CONCLUDED: 5:10 P.M.          COURT REPORTER: Alicia Bagley
TIME IN COURT: 00:50                      DEPUTY CLERK: Danielle Brye
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Roger Chalmers representing Jason Hayes<br>James Slater representing Patty Durand |
| PROCEEDING CATEGORY: | Motion Hearing (Motion Hearing Non-evidentiary). |
| MOTIONS RULED ON: | [2] Motion for Preliminary Injunction and Permanent Injunction TAKEN UNDER ADVISEMENT |
| MINUTE TEXT: | The parties appeared before the Court on August 6, 2026 for oral argument re Plaintiff's Motion for Preliminary Injunction and Permanent Injunction ECF [2]. The Court took the motion under advisement. Plaintiff's counsel was INSTRUCTED to email chambers a proposed order regarding [ECF 2]. |
| HEARING STATUS: | Hearing concluded. |